**SEALED**

BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709



FILED
OCT 7 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 10SW0444 EFB
                                 )
300 Harding Avenue, Suite 108    )
Roseville, California            )   ORDER RE: REQUEST TO SEAL
                                 )   DOCUMENTS
                                 )
                                 )
                                 )
                                 )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: October 7, 2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1