1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:     (916) 554-2709
   Facsimile:     (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

**FILED**

OCT 2 5 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:   )   S.W. NO. 10-SW-0444-EFB
                                      )
12                                    )
                                      )
13  300 HARDING AVENUE, SUITE 108     )   ORDER CONCERNING GOVERNMENT'S
    ROSEVILLE, CALIFORNIA             )   EX PARTE MOTION TO PARTIALLY
                                      )   UNSEAL SEARCH WARRANT,
14                                    )   APPLICATION FOR SEARCH WARRANT,
    _____)   AND ACCOMPANYING AFFIDAVITS
15

16       Upon application of the United States of America and good cause

17  having been shown,

18       IT IS HEREBY ORDERED that the search warrant, application for

19  search warrant, and accompanying affidavits underlying the search

20  warrant in the above-captioned proceeding be and are hereby UNSEALED

21  with the exception that Attachment B-1 shall remain under seal.

22

23  Date: ___10/25/10___

24                                    _____
                                      KIMBERLY J. MUELLER
25                                    United States Magistrate Judge

26

27

28
                              1    ORDER CONCERNING GOVERNMENT'S EX PARTE
                                   MOTION TO PARTIALLY UNSEAL SEARCH WARRANT,
                                   APPLICATION FOR SEARCH WARRANT, AND
                                   ACCOMPANYING AFFIDAVITS [IN THE MATTER OF
                                   THE SEARCH OF: 300 HARDING AVE., STE 108,
                                   ROSEVILLE, CA, S.W. NO. 10-SW-0444-EFB]